**SEYFARTH SHAW LLP**
Joshua A. Rodine (SBN 237774)
jrodine@seyfarth.com
Kirstin E. Ellis (SBN 279185)
kellis@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
Euramax International, Inc.

E-FILED 11/16/17

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITA LATTIMORE,<br><br>Plaintiff,<br><br>vs.<br><br>EURAMAX INTERNATIONAL, INC. and Does 1 through 25, inclusive<br><br>Defendants. | Case No.: 5:16-cv-02156 PSG (KKx)<br><br>Honorable Philip S. Gutierrez<br><br>**[~~PROPOSED~~] JUDGMENT** |

/ / /

/ / /

/ / /

Having duly considered the issues, and duly rendered a decision granting summary judgment in favor of Defendant, Euramax International, Inc., the Honorable Philip S. Gutierrez hereby orders as follows:

IT IS ORDERED AND ADJUDGED that Plaintiff Trinita Lattimore take nothing, that this action be dismissed on the merits, and that Defendant recover from Plaintiff its costs of action in the amount of $_____.

IT IS SO ORDERED.

DATED: __11/16____, 2017

_____
Honorable Philip S. Gutierrez
United States District Judge
U.S. District Court
for the Central District of California