Name: James W. Johnston SB #125287
Address: 3890 Eleventh Street, Suite 203
City, State, Zip: Riverside, CA 92502
Phone: (213) 291-0648
Fax: (877) 571-0091
E-Mail: jj@johnstonlawoffice.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Trinita Lattimore

PLAINTIFF(S),

v.

Euramax International, Inc.

DEFENDANT(S).

CASE NUMBER: 5:16-cv-02156-PSG-KK

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **Trinita Lattimore** (Name of Appellant) hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Granting Def's MSJ (ECF #47)

☒ Judgment (specify):
   On Def's MSJ (ECF #49)

☐ Other (specify):

Imposed or Filed on **November 16, 2017**. Entered on the docket in this action on **November 17, 2017**.

A copy of said judgment or order is attached hereto.

December 4, 2017
Date

/s/ James W. Johnston
Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).