# REPRESENTATION STATEMENT

The undersigned represents Plaintiff-Appellant Trinita Lattimore and no other party. Pursuant to Rule l2(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and email:

### Counsel for Plaintiff-Appellant Trinita Lattimore

James W. Johnston
Attorney at Law
3890 Eleventh Street, Suite 203
Riverside, California 92501
Tel.: (213) 291-0648
Fax: (877) 571-0091
jj@johnstonlawoffice.com

Kelly Y. Chen
Law Office of Kelly Y. Chen
13200 Crossroads Parkway North, Suite 475
City of Industry, California 91746
Tel.: (626) 381-9886
Fax.: (626) 389-5455
Attorney@KellyChenLaw.com

### Counsel for Defendant-Appellee Euramax International, Inc.

Josh Rodin
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Tel. (310) 201-5250
Fax: (310) 282-6950
JRodine@seyfarth.com

Kirstin Ellis, Esq.
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Tel. (310) 201-5250
Fax: (310) 282-6950
KEllis@seyfarth.com

Dated: December 4, 2017

Respectfully submitted,

_____
**JAMES W. JOHNSTON**
Attorney for Plaintiff,
TRINITA LATTIMORE